ORIGINAL

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 19 2006
AT ___ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

****************************

UNITED STATES OF AMERICA

INFORMATION
VIO: 18 U.S.C. § 924(c)(1)(A)

v.

Criminal Action No. 5:06-CR-491 (NAM)

JOHN HUDDLESTON,

Defendant

****************************

The defendant having waived, in open court, prosecution by indictment,

**THE UNITED STATES CHARGES:**

**COUNT 1**

On or about September 29, 2005, in the Northern District of New York, the defendant,

**JOHN HUDDLESTON,**

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, possession with intent to distribute oxycodone, in violation of Title 21, United States Code, Section 841(a)(1), knowingly carried a firearm, to wit, a US Revolver Company, Iver Johnson, break top revolver.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

GLENN T. SUDDABY
United States Attorney
Northern District of New York

Dated: December 19, 2006

By: ______________________
Ransom P. Reynolds
Assistant U.S. Attorney
Bar Roll No. 512035